FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 13 2018

Justin Cody Wheeler 80819
Full Name/Prisoner Number

PO Box 800
Grants NM 87020
Complete Mailing Address

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 18CV 777-RB/LF
(To be supplied by the Court)

Justin Cody Wheeler 80819
_____, Plaintiff(s),

Full name(s) and prisoner number(s)
(Do not use *et al.*)

v.

Betty Judd, Rolando Valencia, Chaplen Compton
Chief Rankin, Core Civic (CCA), German Franco, NM Dept. Corrections, Defendant(s).
(Do not use *et al.*)

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTION

1. Justin Cody Wheeler is a citizen of New Mexico who
   (Plaintiff)                              (State)

presently resides at PO box 800 Grants NM 87020
(mailing address or place of confinement)

2. Defendant Betty Judd is a citizen of New Mexico
   (name of first defendant)                (State)

whose address is 1900 old Hwy 66 Grants NM 87020,

and who is employed as Warden Core Civic (CCA). At the time the claim(s)
(title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
X Yes ___ No. If your answer is "Yes," briefly explain:
Supervisor, Core Civic (CCA) private prision for profit

"A" PARTIES

(Page 2A)

4. Chaplain Compton
1700 old why "Grants New mexico 87020

5. Chief Rankin
1700 old why 66 Grants New mexico 87020

6. Core Civic "CCA"
1700 old why 66 Grants New mexico 87020

7. German franco  Dueder of New mexico prisions

8. New mexico dept of Corections

3. Defendant _Rolando Vabencia_ is a citizen of _New Mexico_
   (name of second defendant)                    (State)

whose address is _1700 old Hwy Grants New Mexico 87020_

and who is employed as _Associate Warden Core Civic (CCA)_. At the time the claim(s)
                      (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
   X Yes ___ No. If your answer is "Yes," briefly explain:

_See Attached pages Labled "A"_

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

(CHECK ONE OR BOTH:)
   X    Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (for state defendants) or *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for federal defendants).
   X    Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

_See attached page "B"_

## C. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____

_____

_____

2

"B" Nature of the Case Pg 1

1. Sence the year of 2015 I have been a member of the AsAtru faith. When i arrived here at "CCA" Core Civic Grants New Mexico. Chaplin Compton has changed my religious status to Jewish "with out my Consent" or "Knoledge."

2. from may 2018 Chaplin Compton with the approval of warden Jodd, AW, Valencia, Chief Rankin Has continuously discriminated against AsAtru members, in maintaining religious services, religious fiests, religius articals needed for services, canceled services with out notice. this kept us as meeting as a complete group. and prevented us from useing facilities available at the chapel and most religious items. those restrictions were not placed on christen groups, but applied to non-christen groups.

3. prison officials also agreed to permit us the purchase of outside food and beverages for AsAtru ceremonail feasts from a common fund and to allow prisoners to store food for ceremonial purposes with out being subject to disciptionary action for bartering. "But" prison officials went back on there word and has denied AsAtru members for neglish feasts. All listed defendants are in violations of the 1st amendment, the Religious freedom Restoration act "RFRA" and the Religius land use act "RLUIPA"

## Cause of action I

My constitutional right 1st Amendment "RLUIPA" were violated by all listed parties. (see page 2A)

My 8th amendment rights who violated by warden Ldd, a.w. Valencia And Chaplain Compton. My mental state and religious Beleafes are in a constat turmoil because of there Ridicule, denill of my religious belafes.

Core Civic "does not" fallow policy and proceedure if you ask any two employees the same question they wont have the same answer

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Claim II: Warden Judd, A.W. Valencia, Chaplain Compton, Chief Rankin; Core Civic (CCA), the N.M. Dept of Corrections and German Franco;

Supporting Facts: 1) These listed Parties have all worked together to keep the Asatru Religion out of the N.M. Prison System.
2) All listed parties are responsible for asserting their "Authority" and "dominance" in keeping only "Christian" sects in State Prisons.
3) Denying Asatru believers "chapel time", denying Asatru feasts, Refusing prayer & religious items.
4) Transferring approximately ½ of the Asatru Groups to other facilities at one time, thereby trying to diminish our Order at Core Civic (CCA) Grants, N.M.
5) Chaplain Compton refuses to talk with Asatru because we are not Christian sect, and she is racist because she believes Asatru is a RACIST organization.
6) All Religious material & Books, destroyed & thrown out during State-wide shake-down. State approval.
7) Core Civic (CCA) employees refuse access to "yard" alter for services & attending to Asatru Alter for maintenance.
8) Many more details and Core Civic (CCA) refused upon request or Court Orders.

3

**Claim III:**   _See attached pages._

Supporting Facts:

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ___ Yes ___ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

b. Name and location of court and docket number _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
_____

d. Issues raised: _____

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. _X_ Yes ___ No.

If your answer is "Yes," briefly describe how relief was sought and the results. _All of the Cause of Actions + violations of our Constitutional Rights, (State & Federal)_

3. I have exhausted available administrative remedies. ___ Yes _X_ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted. _A) Core Civic (CCA) refuses to answer or admit to losing any/all Grievances._

## E. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

b. Name and location of court and docket number _____

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: _____

e. Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? _X_ Yes ___ No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.
CoreCivic Employees ridicule my religious beliefs, threaten me with "seg"... under Bivens, retaliation.

## G. REQUEST FOR RELIEF

I request the following relief:

1) I would like $1,800.00 a day from the date I got here to the date I am released.
2) $5,000.00 from each person named as a defendant.
3) $500,000.00 from CoreCivic (CCA)
4) $500,000.00 N.M. Dept of Corrections
5) & Whatever the Court deems appropriate.

Prisoner's Original Signature

*[signature]*

Original signature of attorney (if any)

_____
_____
_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Core Civic (CCA) Grants NM 87020 (location), on 8/7, 2018 (date).

*[signature]*
Prisoner's Original Signature

**OFFICIAL SEAL**
Kimberly Wrightson
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: 5-5-2021

SUBSCRIBED AND SWORN TO BEFORE ME THIS 9TH DAY OF AUGUST, 2018, BY JUSTIN WHEELER.

6



Justin Wheeler
Po Box 800
Grants New Mexico
87020

RECEIVED
At Albuquerque NM
AUG 13 2018
CLERK

United States District Court
District of New Mexico
Office of the Clerk  Suite 270
333 Lomas Blvd N.W.
Albuquerque, N.M. 87102