IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JUSTIN CODY WHEELER**,

    Plaintiff,

vs.                                                **No.** 1:18-cv-00777-RB-LF

**BETTY JUDD, ROLANDO VALENCIA,
SHIRLEY COMPTON, Chief of Unit
Management FNU RANKIN,
STEVE BROWN, MELISSA ORTIZ,
Property Clerk FNU EMANUEL, and
CORRECTIONS CORPORATION OF
AMERICA (CORE CIVIC),**
    Defendants.

## RESPONSE TO ORDER TO SHOW CAUSE

    **Comes now**, Justin Cody Wheeler, by and through his attorney Freeman C. Faust (The Faust Law Firm) in response to the order of the Court to show cause states:

1. In consultation with his attorney Freeman C. Faust, the Plaintiff, Justin Wheeler has determined that he is not currently in position to pursue this claim.
2. The Plaintiff, Justin Wheeler, understands the potential legal consequences of a dismissal without prejudice under D.N.M.LR-Civ. 41.1.

    **Wherefore** the Plaintiff, Justin Wheeler, by and through his attorney Freeman C. Faust, requests that this Court dismiss this matter without prejudice.

                                              Respectfully Submitted by,

                                              _/s/ Freeman C. Faust_
                                              Freeman C. Faust
                                              The Faust Law Firm
                                              P.O. Box 2472
                                              Hobbs, New Mexico 88241
                                              (575) 552-5243 Phone